

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

§

| | | |
|---|---|---|
| STEVE ENRIQUE QUINTERO RIOS, | § | No. 08-17-00045-CR |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D04760) |

§

### **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **April 5, 2018.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before April 5, 2018.

IT IS SO ORDERED this 20th day of February, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.